# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MAYSHACK,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. HARTLEY, Warden,<br><br>    Respondent. | Case No. CV 08-3607-DSF (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Court notes that on September 22, 2008 Petitioner filed a Motion to Dismiss, conceding that this Court lacks jurisdiction over the Petition. The Court alternatively grants that Motion.

    IT IS ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action for lack of jurisdiction.

DATED: 10/1/08

                                                        DALE S. FISCHER<br>
                                                        UNITED STATES DISTRICT JUDGE