# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MAYSHACK, | Case No. CV 08-3607-DSF (JTL) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| JAMES A. HARTLEY, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed for lack of jurisdiction.

DATED: 10/1/08

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE